MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

## UNITED STATES DISTRCIT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ANTONIO LAVON MANNING,

    Plaintiff,

v.

TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals,

    Defendants.

Case No.

Hon.

Magistrate Judge

Removed from Wayne County Circuit Court

Case No: 25-013290-CZ

Hon. Edward J. Joseph

_____/

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4: <u>Tea Dating Advice, Inc.</u> (party name), who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT ☐ OTHER: _____ makes the following disclosure: [1]

### PART I – CITIZENSHIP

☑ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☑   This party is a corporation incorporated in the State of <u>Delaware</u> and with a principal place of business in the State of <u>California</u>.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

> _____

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

> _____

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.
   If so, identify all parent entities.

_____

☐ This party has one or more subsidiaries.
   If so, identify all subsidiaries.

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

_____

☐ This party has one or more affiliates.
    If so, identify all affiliates.

_____

☑ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

<u>WC Investor Three Holdings LLC; K Investment Management Co LLC; Super Unlimited Inc.</u>

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

_____

Signature: <u>/s/ *Katherine L. Pullen*</u>
Printed Name: <u>Katherine L. Pullen</u>
Bar Number: <u>P74511</u>
Firm Name: <u>Warner Norcross + Judd LLP</u>
Address: <u>2715 Woodward Ave., Suite 300</u>
City, State, Zip Code: <u>Detroit, MI 48201</u>
Phone/Fax: <u>(313) 546-6000</u>
Email Address: <u>kpullen@wnj.com</u>

Date: <u>September 25, 2025</u>