

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FILED
SEP 26 2025
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| ANTONIO LAVON MANNING, | Case Number: 25-cv-13037 |
| Plaintiff, | Honorable _____ |
| | Magistrate Judge _____ |
| v. | |
| TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | EX PARTE MOTION FOR EXPEDITED CONSIDERATION |

## PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO REMAND OR HOLD REMOVAL IN ABEYANCE

Plaintiff Antonio Lavon Manning, appearing pro se, respectfully moves this Court for expedited consideration of his Motion to Remand or, in the Alternative, to Hold Removal in Abeyance, pursuant to Local Rule 7.1(e)(2).

### I. BASIS FOR RELIEF

1. Plaintiff's Complaint arises from defamatory statements published on Defendant's platform falsely portraying Plaintiff as a "predatory sex offender" and alleging that he suffers from a sexually transmitted infection.

2. These statements have caused severe reputational harm and, critically, have triggered **real-world threats to Plaintiff's personal safety.**

3. Delay in resolving jurisdiction will prolong Plaintiff's exposure to these threats and the ongoing reputational harm.

4. Federal courts recognize that trial courts have **broad discretion to control the timing and course of litigation** in the interest of justice. *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *In re United States*, 503 F.3d 638, 641 (7th Cir. 2007).

5. Courts also recognize that reputational and constitutional injuries can constitute **irreparable harm even if temporary**. *Elrod v. Burns*, 427 U.S. 347, 373 (1976).

6. The **public interest** favors expedited resolution of this matter. Where defamatory statements escalate into **credible threats**, justice and community safety weigh heavily in favor of prompt judicial action.

## II. RELIEF REQUESTED

Accordingly, Plaintiff respectfully requests that the Court:

1. Expedite consideration of Plaintiff's Motion to Remand or Hold Removal in Abeyance;

2. Order Defendant to respond within **7 days** of this Court's order;

3. Permit Plaintiff to reply within **3 days** of Defendant's response; and

4. Grant such further relief as justice requires.

Respectfully submitted,

Date: **26 September 2025**

_____
Antonio Lavon Manning
Plaintiff, in *Propria Persona*
26200 Ford Road, #753
Dearborn Heights, MI 48127
consultingsmarter@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING,<br><br>Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC. d/b/a<br>TEA, JOHN/JANE DOES 1-20,<br>individuals, | Case Number: 25-cv-13037<br><br>Honorable _____<br>Magistrate Judge _____<br><br>EXHIBIT A: PROPOSED ORDER<br>GRANTING PLAINTIFF'S EX PARTE<br>MOTION FOR EXPEDITED<br>CONSIDERATION |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED CONSIDERATION**

Upon consideration of Plaintiff's Ex Parte Motion for Expedited Consideration of his Motion to Remand or, in the Alternative, to Hold Removal in Abeyance, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion is **GRANTED**.

IT IS FURTHER ORDERED that the following **expedited briefing schedule** shall apply:

1. Defendant's response to Plaintiff's Motion to Remand or Hold Removal in Abeyance shall be filed **within 7 days** of the entry of this Order;

2. Plaintiff's reply shall be filed **within 3 days** thereafter.

The Court will issue a ruling promptly upon completion of briefing.

**SO ORDERED.**

Dated: _____, 2025

Hon. _____
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO LAVON MANNING,

    Plaintiff,

v.

TEA DATING ADVICE, INC. d/b/a
TEA, JOHN/JANE DOES 1-20,
individuals.

Case Number: 25-cv-13037

Honorable _____

Magistrate Judge _____

**EXHIBIT A: PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED CONSIDERATION**

---

### [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED CONSIDERATION

Upon consideration of Plaintiff's Ex Parte Motion for Expedited Consideration of his Motion to Remand or, in the Alternative, to Hold Removal in Abeyance, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion is **GRANTED**.

IT IS FURTHER ORDERED that the following **expedited briefing schedule** shall apply:

1. Defendant's response to Plaintiff's Motion to Remand or Hold Removal in Abeyance shall be filed **within 7 days** of the entry of this Order;

2. Plaintiff's reply shall be filed **within 3 days** thereafter.

The Court will issue a ruling promptly upon completion of briefing.

**SO ORDERED.**

Dated: _____, 2025

Hon. _____
United States District Judge