UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
SEP 26 2025
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| ANTONIO LAVON MANNING, | Case Number: 25-cv-13037 |
| Plaintiff, | Honorable _____ |
| | Magistrate Judge _____ |
| v. | |
| TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE PRO SE |

### PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE PRO SE

Plaintiff Antonio Lavon Manning, appearing pro se, respectfully moves this Court for leave to electronically file documents in this matter using the Court's CM/ECF system. In support of this Motion, Plaintiff states as follows:

1. Plaintiff is currently proceeding **without counsel** in this case.

2. Plaintiff maintains a **PACER account** and has consistent access to the internet, a computer, and the necessary technology to file and receive documents electronically.

3. Plaintiff is fully capable of complying with the Court's **Electronic Filing Policies and Procedures** and will abide by all applicable local and federal rules governing electronic filing.

4. Granting this Motion will **promote efficiency**, conserve judicial and party resources, and allow for more effective management of filings, service, and case updates.

5. Electronic filing access will also ensure that Plaintiff receives notices of filings **without delay**, reducing the risk of prejudice.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff permission to electronically file documents through CM/ECF as a pro se litigant in this action.

Respectfully submitted,

Dated: **September 26 2025**

*/s/ Antonio Lavon Manning*

Antonio Lavon Manning
Plaintiff in Propria Persona
26200 Ford Road, # 753
Dearborn Heights, MI 48127
consultingsmarter@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO LAVON MANNING,　　　　　　　　Case Number: 25-cv-13037

　　　　　　　Plaintiff,　　　　　　　　　　　　　Honorable_____
　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge_____
v.

TEA DATING ADVICE, INC. d/b/a　　　　　　PROPOSED ORDER GRANTING
TEA, JOHN/JANE DOES 1-20,　　　　　　　　PLAINTIFF LEAVE
individuals,　　　　　　　　　　　　　　　　ELECTRONICALLY FILE PRO SE

---

**PROPOSED ORDER GRANTING PLAINTIFF LEAVE TO ELECTRONICALLY FILE PRO SE**

　　　Upon consideration of Plaintiff's Motion for Leave to Electronically File Pro Se, and the Court being otherwise fully advised in the premises,

　　　**IT IS HEREBY ORDERED** that **Plaintiff Antonio Lavon Manning is GRANTED** permission to electronically file documents in the above-captioned matter through the Court's CM/ECF system as a pro se litigant.

**SO ORDERED.**

Dated: _____, 2025


Honorable _____
**United States District Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING, | Case Number: 25-cv-13037 |
| Plaintiff, | Honorable_____ |
| | Magistrate Judge_____ |
| v. | |
| TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on **September 26, 2025**, I filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of Michigan:

1. **Plaintiff's Motion For Leave To Electronically File Pro Se w/ Proposed Order**

I further certify that on the same date I served true and correct copies of the above-referenced documents upon counsel of record for Defendant Tea Dating Advice, Inc. by depositing said copies in the United States Mail, Certified Return Receipt Requested Overnight, addressed as follows:

| | |
|---|---|
| **Katherine L. Pullen** | **Bethany G. Lukitsch** |
| **Amber J. Krupp** | **Cameron S. Friedman** |
| **Warner Norcross + Judd LLP** | **Baker & Hostetler LLP** |
| **2715 Woodward Avenue, Suite 300** | **1050 Connecticut Avenue NW, Suite 1100** |
| **Detroit, MI 48201** | **Washington, DC 20036** |

In addition, courtesy copies were transmitted via electronic mail to counsel at the email addresses listed on the Court's docket.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **September 26, 2025**

_____

Antonio Lavon Manning
Plaintiff in *Propria Persona*
26200 Ford Road, P.O. Box #753
Dearborn Heights, MI 48127
consultingsmarter@gmail.com