UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
SEP 26 2025
CLERK'S OFFICE
DETROIT

ANTONIO LAVON MANNING,

    Plaintiff,

v.

TEA DATING ADVICE, INC. d/b/a
TEA, JOHN/JANE DOES 1-20,
individuals,

Case Number: 25-cv-13037

Honorable_____
Magistrate Judge_____

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on **September 26, 2025**, I filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of Michigan:

1. **Plaintiff's Motion to Remand or, in the Alternative, to Hold Removal in Abeyance**, with Brief in Support, Table of Contents, Table of Authorities, Declaration (Exhibit A), Proposed Order (Exhibit B), and Proposed Expedited Scheduling Order (Exhibit C); and

2. **Plaintiff's Ex Parte Motion for Expedited Consideration of Motion to Remand or Hold Removal in Abeyance**, with Proposed Order.

I further certify that on the same date I served true and correct copies of the above-referenced documents upon counsel of record for Defendant Tea Dating Advice, Inc. by depositing said copies in the United States Mail, Certified Return Receipt Requested Overnight, addressed as follows:

**Katherine L. Pullen**
**Amber J. Krupp**
**Warner Norcross + Judd LLP**
**2715 Woodward Avenue, Suite 300**
**Detroit, MI 48201**

**Bethany G. Lukitsch**
**Cameron S. Friedman**
**Baker & Hostetler LLP**
**1050 Connecticut Avenue NW, Suite 1100**
**Washington, DC 20036**

In addition, courtesy copies were transmitted via electronic mail to counsel at the email addresses listed on the Court's docket.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **September 26, 2025**

*[signature]*

Antonio Lavon Manning
Plaintiff in *Propria Persona*
26200 Ford Road, P.O. Box #753
Dearborn Heights, MI 48127
consultingsmarter@gmail.com