UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Antonio Lavon Manning
[E−filer],

                        Plaintiff(s),

v.                                             Case No. 2:25−cv−13037−BRM−APP
                                               Hon. Brandy R. McMillion

Tea Dating Advice, Inc., et al.,

                        Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

    Motion to Dismiss − #8

IT IS HEREBY ORDERED that Antonio Lavon Manning [E−filer] shall file a response to the above document on or before October 23, 2025. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                                    s/Brandy R. McMillion
                                                    Brandy R. McMillion
                                                    U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Leanne Hosking
                                                          Case Manager

Dated:   October 2, 2025