**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANTONIO LAVON MANNING,

       Plaintiff,

v.

TEA DATING ADVICE, INC. d/b/a
TEA, JOHN/JANE DOES 1-20,
individuals,

Case Number: **25-cv-13037**

Honorable Brandy R. McMillion
Magistrate Judge Anthony P. Patti

PLAINTIFF'S MOTION FOR LEAVE
TO EXCEED PAGE LIMITATION FOR
RESPONSE BRIEF

**PLAINTIFF'S MOTION FOR LEAVE TO
<u>EXCEED PAGE LMITATION FOR RESPONSE BRIEF</u>**

Plaintiff Antonio Lavon Manning, appearing in propria persona, respectfully moves this Court for leave to file a response brief to Defendant Tea Dating Advice, Inc.'s Motion to Dismiss that exceeds the 20-page limitation set forth in Local Rule 7.1(d)(ii).

**GOOD CAUSE EXISTS**

1. Defendant's Motion to Dismiss raises complex and interconnected issues under Section 230 of the Communications Decency Act, 47 U.S.C. § 230, that require detailed factual and legal analysis to address adequately.

2. Plaintiff must respond to Defendant's arguments on multiple fronts: a. Whether Section 230 bars claims based on breach of specific contractual promises made in Terms of Service; b. Whether Section 230 applies to intellectual property claims; c. Whether Defendant materially contributed to unlawful content; d. Whether Plaintiff has adequately pled claims under Fed. R. Civ. P. 9(b) for negligent misrepresentation and violations of

   the Michigan Consumer Protection Act; e. Whether Plaintiff has adequately pled appropriation of name and likeness; f. Whether Plaintiff has standing and satisfied reliance requirements despite not being a platform user.

3. The facts of this case are detailed and require explanation. Plaintiff must describe: a. The specific promises Defendant made in its Terms of Service; b. Plaintiff's repeated, documented efforts to invoke those promises; c. Defendant's complete failure to respond or act; d. The ongoing nature of the harm as posts remain live.

4. The proposed response brief is approximately 37 pages but addresses substantive legal issues that cannot be adequately briefed within the 20-page constraint without sacrificing clarity or completeness.

5. Defendant is represented by experienced counsel from two prominent law firms (Warner Norcross + Judd LLP and Baker & Hostetler LLP) who filed a comprehensive 21-page motion to dismiss. Plaintiff, appearing before this court in *propria persona*, requires comparable space to respond adequately to their sophisticated legal arguments.

6. The additional pages are necessary to present controlling Ninth Circuit authority (*Barnes v. Yahoo!, Inc.*, 570 F.3d 1096 (9th Cir. 2009)) that directly addresses the issues raised by Defendant's motion and to distinguish Defendant's cited cases.

7. Granting this motion will not prejudice Defendant, who will have the opportunity to file a reply brief, nor will it delay proceedings or burden the Court, as the brief is well-organized with a detailed table of contents.

8. Federal courts regularly grant leave to exceed page limits where good cause exists, particularly for pro se litigants facing complex legal issues. See E.D. Mich. LR 7.1(d)(ii) (permitting extension for good cause shown).

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court grant leave to file the accompanying response brief of approximately 37 pages.

Respectfully submitted,

Dated: **October 10, 2025**

_____
Antonio Lavon Manning
Plaintiff, appearing in *Propria Persona*
26200 Ford Road, # 753
Dearborn Heights, MI 48127
consultingsmarter@gmail.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING, | Case Number: **25-cv-13037** |
| Plaintiff, | Honorable Brandy R. McMillion |
| | Magistrate Judge Anthony P. Patti |
| v. | |
| TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Antonio Lavon Manning, hereby certify that on October 10, 2025, I caused a copy of the foregoing Motion for Leave to Exceed Page Limitation to be filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: **October 10, 2025**

_____
Antonio Lavon Manning
Plaintiff, appearing in *Propria Persona*
26200 Ford Road, # 753
Dearborn Heights, MI 48127
consultingsmarter@gmail.com