# EXHIBIT A COVER PAGE

# EXHIBIT A
# TEA DATING ADVICE, INC.
# TERMS OF SERVICE
# (Effective August 11, 2025)

   

# Terms of Use

Effective Date: August 11, 2025

Welcome to Tea! We provide an online community for women to support each other and navigate the dating world. These Terms of Use ("Terms") set forth a binding agreement between you and Tea Dating Advice, Inc. ("Tea," "Tea Dating Advice," "we," "our"). These Terms govern your access to [www.teaforwomen.com](www.teaforwomen.com) (the "Site"), our mobile application, Tea Dating Advice (the "App" and together with the Site, the "Platform"), including all related widgets, tools, data, software, and other services provided by us (collectively, the "Services").

PLEASE CAREFULLY READ THESE TERMS BEFORE USING THE PLATFORM OR THE SERVICES. THESE TERMS AFFECT YOUR LEGAL RIGHTS, INCLUDING LIMITING TEA'S LIABILITY AND REQUIRING RESOLUTION OF DISPUTES ON AN INDIVIDUAL NON-CLASS BASIS. SEE SECTIONS 14-16.

BEFORE YOU USE THE SERVICES, PLEASE REVIEW YOUR RIGHTS RELATED TO YOUR USER GENERATED POSTS AND OUR COMMUNITY GUIDELINES (SECTION 7).

BY USING THE PLATFORM OR SERVICES, YOU (I) ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS OF THESE TERMS; (II) REPRESENT THAT YOU ARE 18 YEARS OF AGE OR OLDER; (III) CONSENT TO COLLECTION, USE, AND SHARING OF YOUR PERSONAL INFORMATION AS DESCRIBED IN OUR PRIVACY POLICY; AND (IV) AGREE THAT YOU ARE LEGALLY BOUND BY ITS TERMS. IF YOU DO NOT AGREE TO THESE TERMS, PLEASE DO NOT USE THE PLATFORM OR SERVICES.

1) Changes to Terms of Use

These Terms are subject to change. You agree that Tea Dating Advice may change, terminate, modify, add, end, or delete any of these terms and conditions. We will indicate any such changes or modification by posting the updated version of the Terms on this page and changing the "Effective Date" at the beginning of the Terms.

2) Your Tea Account

In order to access or use some of the features of the Services, you must first register through the App. You must be at least eighteen (18) years of age to create an account or otherwise use the Services ("Account"). In order to create an Account, you will need to provide us with your name, your relationship status, email address, username, your location (city and state), birth date, and photo of yourself. We may reject the use of any username, email address, or other registration information for any reason in our sole discretion. You agree that you will: (i) not use a username (or email address) that is already being used by someone else; (ii) not impersonate another person, use credentials that belong to another person or violates the intellectual property rights or other right of any person or entity, (iii) not use a username that is offensive; (iv) provide true, accurate, current, and complete registration information about yourself in connection with the registration; (v) be solely responsible for all activities that occur under your Account; (vi) immediately notify us of any unauthorized use of your Account, or any other breach of security; and (vii) not sell, transfer, or assign your Account or any Account rights.

You are solely responsible for maintaining the confidentiality and security of your Account information. You will remain responsible for all activity emanating from your Account, whether or not such activity was authorized by you. We reserve the right to disallow, cancel, remove, or reassign certain usernames in appropriate circumstances, as determined by us in our sole discretion, and may, with or without prior notice, suspend, terminate, and delete your Account if activities occur on that Account which, in our sole discretion, would or might constitute a violation of these Terms or an infringement or violation of the rights of any third party, or of any applicable laws or regulations.

3) Subscription Services

A) *Subscriptions Services*: We may offer certain products and services for purchase ("Subscription Services") through the Apple App Store or the Google Play Store ("Third-Party Account") for a recurring monthly fee (the "Subscription Fee"). If you subscribe to the Subscription Services, you will be required to authorize the Subscription Fee with the Third-Party Account. Your "Subscription Period" is the interval of time between each recurring billing date and corresponds to the term of the Subscription Services. The terms of Subscription Fee and the Subscription Period will be presented to you at the time you authorize payment via the Third-Party Account. At the beginning of each Subscription Period, we will charge you a periodic Subscription Fee on a recurring basis corresponding to the terms of the Subscription Services and any applicable taxes. You are solely responsible for any and all fees charged to your

Third-Party Account. To the extent permitted by applicable law, the Subscription Services will automatically renew for the Subscription Period unless and until you cancel the Subscription Services, or your Account is otherwise suspended or terminated pursuant to Section 6(B) of these Terms. ALL PURCHASES, INCLUDING RECURRING CHARGES, ARE FINAL.

B) *Additional Terms for Subscriptions via Third Party Accounts*: If you obtain Subscription Services via a Third-Party Account that subscription is also subject to the Third-Party Account's terms. Any Subscription Fees or other applicable charges will be billed by the applicable Third-Party Account using the payment information you have provided to such third party. To cancel a subscription to the Service(s) obtained via a Third-Party Account, please follow the cancellation instructions set out by the applicable Third-Party Account and/or as described below. If the Third-Party Account is unable to secure funds from you for the Subscription Fees for any reason, including, but not limited to, insufficient funds or insufficient or inaccurate information provided when submitting electronic payment, Tea Dating Advice may undertake further collection action, including application of fees to the extent permitted by law, and reserves the right to suspend or terminate your access to the Subscription Services.You agree to waive all claims against Tea Dating Advice and its affiliates related to any unauthorized payments made on or through the use of your Third-Party Account outside of Tea Dating Advice's control, regardless of whether such payments are authorized or unauthorized.

C) *Changes to Pricing and Other Terms*: Tea Dating Advice reserves the right to change the terms of the Subscription Services, including the Subscription Fee, from time to time, effective as of the beginning of your next Subscription Period following the date of the change. We will give you advance notice of these changes. In the event of any increase in the price or material reduction in the features of the Subscription Services, we will communicate these change(s) to you at least thirty (30) days in advance and the changes will only take effect with respect to any renewal of the Subscription Services following the applicable thirty (30) day period. You can cancel the Subscription Services prior to the effective date of the changes by following the instructions provided by the applicable Third-Party Account. If you do not cancel the Subscription Services prior to the applicable effective date of the changes, the Subscription Service will be modified to reflect the applicable change to the Subscription Fee.

D) *Cancellation of Subscription Services:* All Subscription Services will be issued through the Apple App Store and Google Play Store. If you would like to cancel your Subscription Services, you must log into your Third-Party Account to cancel your subscription.

To cancel Subscription Services purchased via the Apple App Store, go to Settings > click on your Apple ID > Subscriptions and locate the Tea Dating App subscription and follow the on-screen prompts to cancel.

To cancel Subscription Services purchased via the Google Play Store, go to Google Play app on your mobile Device > Account > Payment & Subscriptions > Subscriptions and locate the Tea Dating App subscription and follow the on-screen prompts to cancel.

If you cancel the Subscription Services, you will continue to have access to the Subscription Services until the end of the Subscription Period. Please note that cancelling the Subscription Services does not delete your Account. If you would like to delete your Account, please see Section 6(B) below.

4) Your Use of the Services and Platform; Restrictions

Subject to your strict compliance with these Terms, Tea Dating Advice grants you a limited, personal, non-exclusive, revocable, non-assignable, and non-transferable right and license to (i) download the App on a mobile device or other permitted device ("Device"); (ii) use the Platform or Services in order to generate text, graphics, software, photographs, videos, data, and other materials (collectively "Content"); and (iii) view Content, share and download Content using the features of the Services or Platform where the appropriate functionality has been enabled.

The foregoing limited license (i) does not give you any ownership of, or any other intellectual property interest in, the Services, the Platform, or any Content; and (ii) may be immediately suspended or terminated for any reason, in Tea Dating Advice's sole discretion, and without advance notice or liability. Your unauthorized use of the Services, the Platform, or Content may violate copyright, trademark, privacy, publicity, communications, and other laws, and any such use may result in your personal liability, including potential criminal liability.

The above licenses are conditional upon your strict compliance with these Terms and any applicable federal, state, and local law, statutes, regulations ("Applicable Law"), including, without limitation, the following:

(i) You will not engage in any activity in connection with the Platform or the Service that is unlawful, harmful, offensive, obscene, violent, threatening, harassing, abusive, or otherwise objectionable to Tea Dating Advice;

(ii) You must not employ scraping or similar techniques to aggregate, repurpose, republish or otherwise make use of any Content.

(iii) You must not alter or remove, attempt to alter or remove any trademark, copyright or other proprietary or legal notices contained in, or appearing on, the Services, the Platform, or any Content (other than your User-Generated Post);

(iv) You must not, and must not permit any third party to, copy or adapt the object code of the Platform or any of the Services, or reverse engineer, reverse assemble, decompile, modify or attempt to discover any source or object code of any part of the Platform or Services, or circumvent or attempt to circumvent or copy any copy protection mechanism or access any rights management information pertaining to Content other than your Content;

(v) You will not infringe on the intellectual property rights or any other right of a third party;

(vi) You must respect the wishes of other users. If you are blocked by another user, you agree to not attempt to contact them on Tea either from the Account you were blocked from or any other account. You must not use the information on the Services to harass, threaten or intimidate individuals using the Services;

(vii) You will not transmit any material of any kind that contains any virus, Trojan horse, spyware, adware, malware, bot, time bomb, worm, or other harmful or malicious component, which actually or potentially could overburden, impair or disrupt the Platform, Services, or the security features of the servers or networks forming part of, or connected to, the Platform or Services, or which actually or potentially could restrict or inhibit any other user's use and enjoyment of the Platform or Services;

(viii) You may not use any automated systems, bots, spiders, or intelligent agent software (or similar technologies) for any purposes inconsistent with these Terms;

(ix) You will not use the Services for any political or commercial purposes, including for any unsolicited or unauthorized advertising, promotional messages, spam or any other form of solicitation.

(x) You must not commit or engage in, or encourage, induce, solicit or promote, any conduct that would constitute a criminal offense, give rise to civil liability or otherwise violate any law or regulation; and

(xi) You must not deliberately impersonate any person or entity or otherwise misrepresent your affiliation with a person or entity, for example, by registering an account in the name of another person or company or sending messages or making comments using the name of another person. You agree to comply with the above conditions and acknowledge and agree that Tea Dating Advice has the right, in its sole discretion, to terminate your Account or take such other action such as deleting a User Generated Post as we see fit if you breach any of the above conditions or any of the other terms of these Terms. This may include taking court action and/or reporting offending users to the relevant authorities.

**5) Intellectual Property Rights**

The Platform, Services, and their Contents, features, and functionality (including but not limited to all information, software, text, displays, images, video, and audio, and the design, selection, and arrangement thereof) are owned by Tea Dating Advice, its licensors, or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret, and other intellectual property or proprietary rights laws. All related names, logos, product and service names, designs, and slogans are trademarks of Tea Dating Advice or its affiliates or licensors. You must not use such marks without the prior written permission of Tea Dating Advice. All rights not expressly granted to you are reserved by Tea Dating Advice and its licensors and other third parties. No right or license may be construed, under any legal theory, by implication, estoppel, industry custom, or otherwise.

**6) Access to the Platform and the Services**

A. *Availability of the Platform and the Services:* Your use of the Platform and the Services must be in accordance with any and all procedures, forms, formats, displays, and operating times which may be determined, specified, or modified by Tea Dating App in its discretion. You are responsible for all software, hardware, fees, expenses, costs, and taxes for you to access or use the Platform and/or Services.

The Platform and the Services may be unavailable from time to time for any reason including, for example, routine maintenance. You understand and acknowledge that, due to circumstances both within and outside of the control of Tea Dating Advice, access to the Platform and/or Services may be interrupted or suspended from time to time. Tea Dating Advice shall have the right at any time to change or discontinue any aspect or feature of the Platform or Services, including, but not limited to, Content, availability, and equipment needed for access or use.

B. *Deletion; Termination*: You may delete your Account at any time through our Services, or you can contact us at accounthelp@teaforwomen.com. If you have an active Subscription Services, you will need to cancel your subscription as described above in Section 3(D) before deleting your Account.

Tea Dating Advice may immediately terminate the availability of the Platform or the Services, in whole or in part, to any individual user or all users, for any reason, in Tea Dating Advice's sole discretion, and without advance notice or liability. Upon termination of your access to the Platform and/or Services, or upon notice from Tea Dating Advice, all rights granted to you under these Terms will cease immediately, and you agree that you will immediately discontinue use of the Platform and the Services.

7) User Generated Posts and Community Guidelines

You may now or in the future have the opportunity to create, build, post, upload, display, publish, distribute, transmit, broadcast, or otherwise make available on or submit on the Services (collectively, "Submit") messages, text, images, photos, comments, responses, audio, videos, information, ratings, reviews, data, questions, suggestions, personal information, or other information or materials and the ideas contained therein (collectively, but excluding any Content included therein, "User Generated Posts"). **You acknowledge that any User Generated Posts that you Submit through the Platform or Services will be deemed to be non-confidential and may be disclosed through the Services to other parties on a worldwide basis. You represent and warrant to us that the User Generated Posts you Submit to us or any other user is accurate.**

You agree that Tea Dating Advice shall have, and hereby grant to Tea Dating Advice, a worldwide, royalty-free, perpetual, irrevocable, sublicensable, non-exclusive right and license to translate, reproduce, sell, publish, distribute, modify, adapt, display, perform, promote, link to, use, or authorize others to use, in any form or media, any User Generated Posts that you Submit to Tea Dating Advice. Tea Dating Advice does not endorse any User Generated Posts, or third-party product or service that may appear in connection with use of the Services.

You understand and agree that we may monitor or review your User Generated Post, and we reserve the right to remove, delete, edit, limit, or block or prevent access to any of User Generated Posts at any time at our sole discretion. Furthermore, you understand and agree that we have no obligation to display or review User Generated Posts. Nothing in these Terms shall obligate Tea Dating Advice to permit the posting of such User Generated Posts on any website or platform. Your User Generated Posts may not display any personal details (e.g., phone numbers, last names, addresses, health information, specific details about an individual's occupation), banking information, nudity, obscene images, or pornographic images. Moreover, you should refrain from Submitting User Generated Posts that are offensive, abusive, libelous, defamatory, obscene, racist, ethnically or culturally offensive, indecent, that promotes violence, terrorism, or illegal acts, incites hatred on grounds of race, gender, religion or sexual orientation.

8) Use of Artificial Intelligence

We may utilize artificial intelligence, machine learning tools, or similar technology in the Platform and the Services ("Artificial Intelligence Tools"). You acknowledge and agree that any information, including any User Generated Posts, that you provide via the Platform or the Services may be used as an input for such Artificial Intelligence Tools. You further agree that we (or one of our vendors) may use any output generated from the Artificial Intelligence Tools for our own commercial purposes, including to remove any User Generated Posts that violate the Section 7 and to train artificial intelligence algorithms, models, and solutions.

9) Reliance on Information

Tea Dating Advice assumes no responsibility regarding the accuracy of User Generated Posts presented on the Services. The User Generated Posts are for informational purposes only. Tea Dating Advice makes no warranty whatsoever that any of this information is accurate and does not guarantee that it will verify the statements of its users. The content within the User Generated Posts is not intended to be a guarantee of success or positive results – it is for informational purposes only and the results of your actions are the responsibility of you and you alone. Reliance on any information provided by Tea Dating Advice or others appearing in our Services is solely at your own risk. Tea Dating Advice disclaims all liability and responsibility arising from any reliance placed on such materials by you or any other user of the Services.

10) Copyright Infringement and the Digital Millennium Copyright Act (DMCA) Safe Harbor

We take the intellectual property rights of others seriously and require that users of Tea Dating Advice do the same. The Digital Millennium Copyright Act (DMCA) established a process for addressing claims of copyright infringement that we have implemented for our Services. If you own a copyright or have authority to act on behalf of a copyright owner and want to report a claim that a third party is infringing that material on or through Tea Dating Advice, please send a notice to our copyright agent at accounthelp@teaforwomen.com that includes all of the items below.

-A reference or subject line that says: "DMCA Copyright Infringement Notice";

-A description of the copyrighted work that you claim is being infringed;

-A description of the material you claim is infringing and that you want removed or access to which you want disabled

and the URL or other location of that material;

-Your name, address, telephone number, and email address;

-The following statement: "I have a good faith belief that the use of the copyrighted material I am complaining of is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use)";

-The following statement: "The information in this notice is accurate and, under penalty of perjury, I am the owner, or authorized to act on behalf of the owner, of the copyright or of an exclusive right that is allegedly infringed";

-The U.S. Copyright Registration Number or a clear chain of authorization demonstrating your legal right to act on behalf of the copyright owner; and An electronic or physical signature of the owner of the copyright or a person authorized to act on the owner's behalf.

-An electronic or physical signature of the owner of the copyright or a person authorized to act on the owner's behalf.

Please note that the DMCA provides that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability.

We may send the information that you provide in your notice to the person who provided the allegedly infringing work. That person may elect to send us a DMCA Counter-Notification.

Without limiting Tea Dating Advice's other rights, we may, in appropriate circumstances, disable or terminate the accounts of users who may be repeat infringers. This process does not limit our ability to pursue any other remedies we may have to address suspected infringement.

**DMCA Counter-Notification.** If a work that you submitted to Tea Dating Advice is disabled or the work is removed as a result of a DMCA Copyright Infringement Notice, and if you believe that the disabled access or removal is the result of mistake or misidentification, then you may send us a DMCA Counter-Notification to the addresses above. Your DMCA Counter-Notification should contain the following information:

-a reference or subject line that says: "DMCA Counter-Notification";

-a description of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled (please include the full URL of the page(s) on the Site from which the material was removed or access to it disabled);

-a statement under penalty of perjury that you have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled;

-your name, address, telephone number, email address;

-a statement that you consent to the jurisdiction of the Federal District Court for the judicial district in which your address is located, and that you will accept service of process from the person who provided DMCA Notification to us or an agent of such person; and

-your electronic or physical signature.

If we receive a DMCA Counter-Notification, then we may replace the material that we removed (or stop disabling access to it) in not less than ten (10) and not more than fourteen (14) business days following receipt of the DMCA Counter-Notification. However, we will not do this if we first receive notice at the addresses above that the party who sent us the DMCA Copyright Infringement Notice has filed a lawsuit asking a court for an order restraining the person who provided the material from engaging in infringing activity relating to the material on the Services. You should also be aware that we may forward the Counter-Notification to the party who sent us the DMCA Copyright Infringement Notice.

11) **Data Protection, Privacy**

All personal information that you provide to us in connection with your use of the Platform and Services is collected, stored, used, and disclosed by Tea Dating Advice in accordance with our [Privacy Policy](). The Privacy Policy, as may be updated by Tea Dating Advice from time to time, is hereby incorporated into these Terms.

12) **Third Party Websites and Services**

The Platform and the Services may provide you with access to and/or integration with third party websites, databases, networks, servers, information, software, programs, systems, directories, applications, products or services

(hereinafter "External Services").Tea Dating Advice does not have or maintain any control over External Services and is not and cannot be responsible for their content, operation or use. By linking or otherwise providing access to any External Services, Tea Dating Advice does not give any representation, warranty, or endorsement, express or implied, with respect to the legality, accuracy, quality or authenticity of content, information or services provided by such External Services.

External Services may have their own terms of use and/or privacy policy and may have different practices and requirements than those operated by Tea Dating Advice with respect to the Services. You are solely responsible for reviewing any terms of use, privacy policy, or other terms governing your use of these External Services, which you use at your own risk. You are advised to make reasonable inquiries and investigations before entering into any transaction, financial or otherwise, and whether online or offline, with any third party related to any External Services. You are solely responsible for taking the precautions necessary to protect yourself from fraud when using External Services, and to protect your computer systems from viruses, worms, Trojan horses, and other harmful or destructive content and material that may be included on or may emanate from any External Services. Tea Dating Advice disclaims any and all responsibility or liability for any harm resulting from your use of External Services, and you hereby irrevocably waive any claim against Tea Dating Advice with respect to the content or operation of any External Services.

### 13) General Disclaimer

THE PLATFORM, THE SERVICES, INCLUDING, WITHOUT LIMITATION, ALL CONTENT AND INFORMATION ACCESSED THROUGH OR VIA THE PLATFORM OR SERVICES ARE PROVIDED "**AS IS**," "**AS AVAILABLE**," AND "**WITH ALL FAULTS**." YOU AGREE AND ACKNOWLEDGE THAT YOU ASSUME FULL, EXCLUSIVE, AND SOLE RESPONSIBILITY FOR THE USE OF AND RELIANCE ON THE PLATFORM OR SERVICES, AND YOU FURTHER AGREE AND ACKNOWLEDGE THAT YOUR USE OF OR RELIANCE ON THE PLATFORM OR SERVICES IS MADE ENTIRELY AT YOUR OWN RISK. YOU FURTHER ACKNOWLEDGE THAT IT IS YOUR RESPONSIBILITY TO COMPLY WITH ALL APPLICABLE LAWS WHILE USING THE PLATFORM OR SERVICES. WHILE TEA DATING ADVICE USES REASONABLE ENDEAVORS TO CORRECT ANY ERRORS OR OMISSIONS IN THE PLATFORM OR SERVICES AS SOON AS PRACTICABLE ONCE THEY HAVE BEEN BROUGHT TO TEA DATING ADVICE'S ATTENTION, WE MAKE NO PROMISES, GUARANTEES, REPRESENTATIONS, OR WARRANTIES OF ANY KIND WHATSOEVER (EXPRESS OR IMPLIED) REGARDING THE PLATFORM, SERVICES, OR ANY PART OR PARTS THEREOF, ANY CONTENT, OR ANY LINKED SERVICES OR OTHER EXTERNAL SERVICES. TEA DATING ADVICE DOES NOT WARRANT THAT YOUR USE OF THE PLATFORM OR SERVICES WILL BE ACCURATE OR RELIABLE, UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE PLATFORM OR SERVICES OR ANY PART OR PARTS THEREOF, THE CONTENT, OR THE SERVERS ON WHICH THE SERVICES OPERATES ARE OR WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. TEA DATING ADVICE DOES NOT WARRANT THAT ANY TRANSMISSION OF USER GENERATED POSTS UPLOADED TO THE SERVICES WILL BE SECURE OR THAT ANY TOOLS OF THE SERVICES DESIGNED TO PREVENT UNAUTHORIZED ACCESS, SHARING OR DOWNLOAD OF USER GENERATED POSTS WILL BE EFFECTIVE IN ANY AND ALL CASES, AND DOES NOT WARRANT THAT YOUR USE OF THE PLATFORM OR SERVICES IS LAWFUL IN ANY PARTICULAR JURISDICTION.

TEA DATING ADVICE AND ITS SUBSIDIARIES, AFFILIATES, SUCCESSORS, AND ASSIGNS, AND THEIR RESPECTIVE EMPLOYEES, AGENTS, DIRECTORS, OFFICERS AND SHAREHOLDERS, SPECIFICALLY DISCLAIM ALL OF THE FOREGOING WARRANTIES AND ANY OTHER WARRANTIES NOT EXPRESSLY SET OUT HEREIN TO THE FULLEST EXTENT PERMITTED BY LAW, INCLUDING WITHOUT LIMITATION ANY EXPRESS OR IMPLIED WARRANTIES REGARDING NON-INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. WHERE THE LAW OF ANY JURISDICTION LIMITS OR PROHIBITS THE DISCLAIMER OF IMPLIED OR OTHER WARRANTIES AS SET OUT ABOVE, THE ABOVE DISCLAIMERS SHALL NOT APPLY TO YOU. THIS SECTION WILL CONTINUE IN EFFECT AFTER THESE TERMS TERMINATES.

### 14) Limitation of Liability

TEA DATING ADVICE'S AND ITS SUBSIDIARIES, AFFILIATES, SUCCESSORS, AND ASSIGNS, AND THEIR RESPECTIVE EMPLOYEES, AGENTS, DIRECTORS, OFFICERS AND SHAREHOLDERS, LIABILITY TO YOU IS LIMITED. TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL TEA DATING ADVICE BE LIABLE FOR DAMAGES OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, STATUTORY, OR PUNITIVE DAMAGES, LOST PROFITS, LOST DATA, LOSS OF GOODWILL OR BUSINESS REPUTATION, ANY COST TO PROCURE SUBSTITUTE GOODS OR SERVICES, OR ANY INTANGIBLE LOSS, REGARDLESS OF THE FORESEEABILITY OF THOSE DAMAGES) ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF THE PLATFORM, SERVICES, OR ANY OTHER PRODUCTS PROVIDED TO YOU BY TEA DATING ADVICE.

THIS LIMITATION SHALL APPLY REGARDLESS OF WHETHER THE DAMAGES ARISE OUT OF BREACH OF CONTRACT, TORT, ANY FORM OF ERROR, OR BREAKDOWN IN THE FUNCTION OF THE SERVICE, OR ANY OTHER LEGAL THEORY OR FORM OF ACTION. ALTHOUGH NOT AN EXHAUSTIVE LIST AND WITHOUT LIMITING THE FOREGOING, TEA DATING ADVICE AND ITS SUBSIDIARIES, AFFILIATES, SUCCESSORS, AND ASSIGNS, AND THEIR RESPECTIVE EMPLOYEES, AGENTS, DIRECTORS, OFFICERS AND SHAREHOLDERS, SHALL HAVE NO LIABILITY FOR: ANY LOSS OR DAMAGE ARISING FROM: (I) YOUR RELIANCE ON ANY USER GENERATED POSTS OF THE SERVICES, INCLUDING WITHOUT LIMITATION, CONTENT ORIGINATING FROM THIRD PARTIES, OR FROM ANY COMMUNICATION WITH

THE SERVICES; (II) YOUR INABILITY TO ACCESS OR USE THE PLATFORM OR SERVICES OR ANY PART OR PARTS THEREOF, INCLUDING DELETION OR CORRUPTION OF, OR FAILURE TO STORE, ANY CONTENT AND OTHER DATA MAINTAINED OR TRANSMITTED BY OR THROUGH YOUR USE OF THE PLATFORM OR SERVICES, OR YOUR ABILITY TO ACCESS ANY CONTENT OR ANY EXTERNAL SERVICES VIA THE PLATFORM OR SERVICES; (III) ANY CHANGES THAT TEA DATING ADVICE MAY MAKE TO THE PLATFORM OR SERVICES OR ANY PART THEREOF, OR ANY TEMPORARY OR PERMANENT SUSPENSION OR CESSATION OF ACCESS TO THE PLATFORM OR SERVICES OR ANY CONTENT IN OR FROM ANY OR ALL TERRITORIES; (IV) ANY ACTION TAKEN AGAINST YOU BY THIRD PARTY RIGHTS HOLDERS WITH RESPECT TO ANY ALLEGED INFRINGEMENT OF SUCH THIRD PARTY'S RIGHTS RELATING TO YOUR CONTENT OR YOUR USE OF THE SERVICES, OR ANY ACTION TAKEN AS PART OF AN INVESTIGATION BY THE COMPANY OR ANY RELEVANT LAW ENFORCEMENT AUTHORITY REGARDING YOUR USE OF THE SERVICES; (V) ANY ERRORS OR OMISSIONS IN THE TECHNICAL OPERATION OF THE PLATFORM OR SERVICES, OR FROM ANY INACCURACY OR DEFECT IN ANY CONTENT OR ANY INFORMATION RELATING TO CONTENT; (VI) YOUR FAILURE TO PROVIDE TEA DATING ADVICE WITH ACCURATE OR COMPLETE INFORMATION, OR YOUR FAILURE TO KEEP YOUR ACCOUNT LOGIN INFORMATION SUITABLY CONFIDENTIAL; (VII) ANY LOSS OR DAMAGE TO ANY COMPUTER HARDWARE OR SOFTWARE, ANY LOSS OF DATA, OR ANY LOSS OR DAMAGE FROM ANY SECURITY BREACH; (VIII) ANY LOSS OF PROFITS, INCLUDING THOSE CAUSED BY YOUR RELIANCE ON THE SERVICES, OR ANY LOSS YOU SUFFER WHETHER OR NOT IT IS FORESEEABLE.

APPLICABLE LAW MAY NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. IN SUCH CASES, YOU ACKNOWLEDGE AND AGREE THAT THE MAXIMUM LIABILITY OF TEA DATING ADVICE WILL BE LIMITED TO ANY AMOUNT PAID TO TEA DATING ADVICE BY YOU IN CONNECTION WITH THE PRODUCTS AND/OR SERVICES THAT UNDERLIE THE CLAIM.

**15) Indemnification**

You hereby agree to indemnify, defend and hold harmless Tea Dating Advice, its successors, assigns, affiliates, agents, directors, officers, employees, and shareholders from and against any and all claims, obligations, damages, losses, expenses, and costs, including reasonable attorneys' fees, resulting from:(i) your use of the Platform or Services; (ii) any breach or violation by you of these Terms; (iii) your User Generated Posts; (iv) your violation of any laws, rules, regulations, codes statutes, ordinances, or order; (v) your violation of the rights of any third party including any intellectual property, publicity, confidentiality, property, or privacy right; or (vi) any misrepresentation made by you. Tea Dating Advice reserves the right to assume, at your expense, the exclusive defense and control of any matter subject to indemnification by you. You agree to cooperate with Tea Dating Advice's defense of any claim. You will not in any event settle any claim without the prior written consent of Tea Dating Advice.

**16) Dispute Resolution & Class Action Waiver**

A. *Applicability*

YOU UNDERSTAND AND AGREE THAT THESE DISPUTE RESOLUTION TERMS APPLY TO ALL CLAIMS, DISAGREEMENTS, DISPUTES OR CONTROVERSIES BETWEEN YOU AND TEA DATING ADVICE (AND ANY OTHER RELEASED PARTY), AND ITS OFFICERS, DIRECTORS, EMPLOYEES, REPRESENTATIVES, AGENTS, PARENTS, AFFILIATES, SUBSIDIARIES AND/OR RELATED COMPANIES ARISING OUT OF OR RELATING TO YOUR USE OR ACCESS TO THE PLATFORM OR SERVICES.

B. *DISPUTE NOTICE AND INFORMAL DISPUTE RESOLUTION*

If a dispute should arise between you and Tea Dating Advice we want to provide you with a resolution that is efficient and cost effective. Before initiating an action, you and Tea Dating Advice each agree to first provide the other a written notice ("Notice of Dispute"), which shall contain: (i) a written description of the problem and relevant documents and supporting information; and (ii) a statement of the specific relief sought. A Notice of Dispute can be (1) mailed to Tea Dating Advice, Inc., 201 Spear St. Suite 1100, San Francisco, CA 94105, or (2) emailed ataccounthelp@teaforwomen.com. You and Tea Dating Advice agree to make attempts to resolve the dispute prior to commencing any legal action, including the filing of a lawsuit, until a 45-day post-notice resolution period expires. If an agreement cannot be reached within forty-five (45) days of receipt of the Notice of Dispute, you or Tea Dating Advice may commence a lawsuit or other legal action.

C. *NO CLASS ACTIONS*

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOU AND WE AGREE THAT ANY AND ALL DISPUTES (WHETHER BASED IN CONTRACT, STATUTE, TORT OR ANY OTHER THEORY) WILL BE RESOLVED INDIVIDUALLY, WITHOUT RESORT TO ANY FORM OF CLASS ACTION, COLLECTIVE ACTION, OR REPRESENTATIVE ACTION. ALL CLAIMS MUST BE BROUGHT SOLELY IN A PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, CONSOLIDATED ACTION, REPRESENTATIVE ACTION OR PROCEEDING.

D. *WAIVER OF JURY TRIAL*

EACH PARTY HEREBY KNOWINGLY, VOLUNTARILY, AND INTENTIONALLY WAIVES, TO THE FULLEST EXTENT
PERMITTED BY LAW, ANY AND ALL RIGHTS THEY MAY HAVE (INCLUDING BUT NOT LIMITED TO, THEIR
CONSTITUTIONAL OR STATUTORY RIGHT) TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING FOR ANY DISPUTE,
INCLUDING BUT NOT LIMITED TO DISPUTES ARISING OUT OF OR RELATING TO THESE TERMS OR THE
RELATIONSHIP OF THE PARTIES.

**17) Mobile App Terms**

A. *Terms Specific to Apple Mobile Devices*

If you are accessing or using our App on any Apple mobile device, the following additional terms and conditions are
applicable to you and are incorporated into these Terms by this reference:

(i) To the extent that you are accessing the App through an Apple mobile device, you acknowledge that these Terms
are between you and Tea Dating Advice, and that Apple, Inc. ("Apple") is not a party to these Terms other than as a
third-party beneficiary as contemplated below.

(ii) The license granted to you in Section [4](#) of these Terms is limited, non-transferable, and subject to the permitted
Usage Rules set forth in the App Store Terms of Service located at [www.apple.com/legal/itunes/us/terms.html](#). The
license is limited to use the App on any Apple-branded products that you own or control as permitted by these Terms,
except that the App may be accessed and used by other accounts associated with you via "Family Sharing" (as
defined in the [Apple Media Services Terms and Conditions](#)) or volume purchasing.

(iii) You acknowledge that Tea Dating Advice, and not Apple, is responsible for providing the App and content thereof.

(iv) As between Tea Dating Advice and Apple, Tea Dating Advice is solely responsible for providing any maintenance
and support services with respect to the App that Tea Dating Advice may offer (which, if provided, is provided at Tea
Dating Advice sole discretion). You acknowledge that Apple has no obligation whatsoever to furnish maintenance or
support services with respect to the App.

(v) You and Tea Dating Advice acknowledge that Tea Dating Advice, not Apple, is responsible for addressing any of
your claims or any third-party claims relating to the App or your possession and/or use of the App, including but not
limited to (i) product liability claims; (ii) any claim that the App fails to conform to any applicable legal or regulatory
requirement; and (iii) claims arising under consumer protection or similar legislation.

(vi) Further, you agree that if the App or your possession and use of the App infringes a third party's intellectual
property rights, Tea Dating Advice, not Apple, will be solely responsible for the investigation, defense, settlement, and
discharge of any such intellectual property infringement claim, but only to the extent it relates to your use of the App.

(vii) You acknowledge and agree that Apple, and Apple's subsidiaries, are third-party beneficiaries of these Terms, and
that, upon your acceptance of these Terms, Apple will have the right (and will be deemed to have accepted the right)
to enforce these Terms against you as a third-party beneficiary thereof.

(viii) When using the App, you agree to comply with any and all third-party terms that are applicable to any platform,
website, technology or service that interacts with the App. You may not use the App on a device that has firmware or
software configuration that has not been authorized by Apple ("jailbroken") device.

(ix) TO THE EXTENT ANY WARRANTY REGARDING THE APP ARISES BY LAW OR HAS NOT BEEN DISCLAIMED UNDER
THESE TERMS, TEA DATING ADVICE, AND NOT APPLE, IS SOLELY RESPONSIBLE FOR SUCH WARRANTY. IF YOU ARE
A CUSTOMER OF THE SERVICES AND IF THE APP FAILS TO CONFORM TO SUCH WARRANTY, YOU MAY NOTIFY
APPLE, AND APPLE WILL REFUND THE PURCHASE PRICE (IF ANY) PAID FOR THE LICENSE TO THE APP. TO THE
MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, APPLE WILL HAVE NO OTHER WARRANTY OBLIGATION
WHATSOEVER WITH RESPECTED TO THE APP, AND ANY OTHER CLAIMS, LOSS, LIABILITIES, DAMAGES, COSTS OR
EXPENSES ATTRIBUTABLE TO ANY FAILURE TO CONFORM TO THE WARRANTY IS TEA DATING ADVICE'S SOLE
RESPONSIBILITY.

B. *Terms Specific to Android Mobile Devices*

The terms and conditions of this paragraph apply to you only if you downloaded the App through Google, Inc.'s
(Google, Inc. together with all of its affiliates, "Google") Google Play Store and are incorporated into these Terms by
this reference. The license granted in Section [4](#) is limited to accessing the App by way of download via Google Play
Store, except that the App may be used by a family group and family members whose accounts are joined together for
the purpose of creating a family group. You acknowledge and agree that these Terms are between you and Tea Dating

Advice, and that Google is not a party to these Terms and Google is not responsible for providing support services for the App. If any of the terms and conditions in these Terms are inconsistent with the Google Play Development Distribution Agreement (the current version as of the date of these Terms is located at: https://play.google.com/about/developer-distribution-agreement.html). The terms and conditions of Google's Google Play Developer Distribution Agreement will apply to the extent of such inconsistency or conflict.

18) General Provisions

A. *Complete Agreement; Waiver:* These Terms constitute the entire agreement between you and Tea Dating Advice with respect to the use of the Platform and the Services and supersede any prior agreements, representations, warranties, assurances, or discussion related to the Platform and Services. Except as expressly set forth in these Terms, (i) no failure or delay by Tea Dating Advice in exercising any of the rights, powers, or remedies hereunder will operate as a waiver of that or any other right, power, or remedy, and (ii) no waiver or modification of any term of these Terms will be effective unless in writing and signed by Tea Dating Advice

B. *Severability; Interpretation:* If any provision of these Terms is found to be invalid, unlawful, void, or enforceable by any court having competent jurisdiction, the invalidity of such provision shall be deemed severable from these Terms and such provision shall not affect the validity of the remaining provisions, which shall remain in full force and effect. The summaries of provisions and Section headings are provided for convenience only and shall not limit the full Terms.

C. *Assignment:* Tea Dating Advice may assign its rights and obligations under these Terms, in whole or in part, to any party at any time without any notice. These Terms may not be assigned by you, and you may not delegate your duties under them, without the prior written consent of an officer of Tea Dating Advice.

D. *Investigations; Cooperation with Law Enforcement:* Tea Dating Advice reserves the right to investigate and prosecute any suspected or actual violations of these Terms. Tea Dating Advice may disclose any information as necessary or appropriate to satisfy any law, regulation, legal process, or government request.

E. *Electronic Communications*: We may communicate with you electronically in regard to the Platform or Services, including by email, and we may collect information related to communications between you and Tea Dating Advice. You agree that all notices, disclosures, agreements, and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing. You agree that any time you electronically transact, agree, or consent via the Services, your action is intended as an electronic signature which binds you as if you had signed on paper.

19) Contact Us

For questions or comments about the Terms, please email us at accounthelp@teaforwomen.com.