# EXHIBIT B COVER PAGE

# EXHIBIT B
# PLAINTIFF'S CEASE AND DESIST LETTER TO TEA DATING ADVICE, INC.
# (Sent August 11, 2025)



ADMIN- Strategic Precision Consulting Group LLC <consultingsmarter@gmail.com>

## LEGAL NOTICE Cease and Desist: Unauthorized Use of Image and Likeness

**Tony L. Manning, BA, RP, GMP- Strategic Precision Consulting** <consultingsmarter@gmail.com>     Mon, Aug 25, 2025 at 12:27 PM
To: accounthelp@teaforwomen.com, contact@teaforwomen.com, press@teaforwomen.com

Antonio L. Manning, MPA, BA, RP, GMP

26200 Ford Road, # 753

Dearborn Heights, Michigan 48127

Consultingsmarter@gmail.com

517-512-1624

Date: Monday August 25, 2025

To Whom It May Concern,

I am writing to formally demand that you cease and desist the unauthorized use, distribution, and/or display of my image and likeness on the Tea App and any affiliated platforms. I have attached three images to help  from  there are two different pages I have seen.

My image has been posted without my consent, in violation of my legal rights under applicable privacy, publicity, and intellectual property laws. The continued use and display of my likeness causes irreparable harm to my reputation, privacy, and personal well-being.

Someone stated I have an STI which is non reversible and I have medical documentation to prove otherwise. With this legal notice by continuing to allow this content you open your company to liability.

They also stated I'm a sex offender which is true but the context is that I was a senior dating a freshman in high school. You are putting my reputation and life at risk.

Accordingly, I hereby demand that you:

1. Immediately remove all images, content, and references to me from your platform(s);

2. Cease any future use of my image and likeness without my prior written consent;

3. Provide written confirmation within 10 days of receipt of this letter that you have complied with these demands.

Failure to comply will leave me no choice but to pursue all available legal remedies, including but not limited to claims for damages, injunctive relief, and attorney's fees.

This letter is not intended as a complete statement of my rights and remedies, all of which are expressly reserved.

Unlike most I have a legal background and will use every tool at my disposal to assist me in this matter. I understand the purpose of your app is to protect women but it's also done a lot of harm.

Respectfully,

Antonio L. Manning, MPA, BA, RP, GMP

*Tony L. Manning*
Father | Entrepreneur | Vibe Curator | Community Advocate

**TONY L. MANNING, BA, RP, GMP, CTA**
Managing Director & Principal
Strategic Precision Consulting Services /
Nerd Swag Entertainment & Production Group

consultingsmarter@gmail.com              @nerdswagvisuals
+1 248-450-9646                          Tony L Manning, BA, RP, GMP, CTA
www.consultingsmarter.com
26200 Ford Road, # 753
Dearborn Heights, Michigan 48127

Legal Communication Privacy Notice:
Please be advised that information transmitted by this email is intended only for the person, business, entity, or government agency to which it is addressed. This email may contain proprietary, business-confidential, legal, and/or privileged information. This email may also contain information that is protected under federal, state, and local law. If you received this email in error please notify Strategic Precision Consulting Services, LLC at consultingsmarter@gmail.com and

10/10/25, 12:55 PM
Case 2:25-cv-13037-BRM-APP ECF No. 11-3, PageID.278 Filed 10/10/25 Page 4 of 5
Gmail - LEGAL NOTICE: Cease and Desist – Unauthorized Use of Image and Likeness

delete/destroy this email. This email regardless to addressee shall not be forwarded to any other individual, entity, business, or governmental agency without the express written permission of Strategic Precision Consulting Services, LLC this email shall be considered a confidential work-product communication unless specifically stated otherwise.

**3 attachments**



**IMG_9861.jpeg**
1538K



**IMG_3672.jpeg**
883K



**IMG_9237.jpeg**
1243K



ADMIN- Strategic Precision Consulting Group LLC <consultingsmarter@gmail.com>

## Automated Response: Your complaint has been received

**DisputeDoNotReply@apple.com** <DisputeDoNotReply@apple.com>  Mon, Aug 25, 2025 at 5:53 AM
To: consultingsmarter@gmail.com

**This is an automated response; please do not reply.**

Dear Antonio,

Thank you for using our web form to submit your claim. We acknowledge receipt and, pending review to ensure that you have provided sufficient information to initiate a legal dispute, Apple will contact you with a dispute reference number for further handling of your claim. Upon processing, we will contact you further, as well as contacting the developer of the disputed app if appropriate.

Please understand that duplicate submissions will not expedite your matter and may in fact delay the processing of your claim.

Here are the details of your submission on 8/25/2025

Rights Holder: Antonio Manning

First Name: Antonio
Last Name: Manning
E-mail Address: consultingsmarter@gmail.com

1. Apple ID: 6444453051
Selected Issues: Copyright,Publicity (Defamation)
Description of rights infringed: Dear Apple Legal Team,

I am submitting this formal complaint under the Digital Millennium Copyright Act (DMCA) regarding the app known as Tea (App Store link: [Insert Tea App Store URL]) for the unauthorized use and distribution of my image/likeness without consent.

Details of the Infringement:
• My image has been uploaded and displayed within the Tea app without my knowledge or authorization.
• I have contacted the Tea app operators directly (at accounthelp@teaforwomen.com and support@teatheapp.com) to request immediate removal, but they have failed to resolve the matter.
• This unauthorized use violates my rights under U.S. law, including rights of privacy, publicity, and copyright.

Requested Action:
I respectfully request that Apple:
1. Remove my image and likeness from the Tea app.
2. Investigate the app's compliance with App Store Review Guidelines regarding unauthorized content.
3. Take all necessary steps to prevent further misuse of my likeness through this app.

2. Apple ID: 6467346509
Selected Issues: Copyright,Publicity (Defamation)
Description of rights infringed: Same as above

3. Apple ID: 6748969382
Selected Issues: Copyright,Publicity (Defamation)
Description of rights infringed: Same as above

Sincerely,

Apple Legal |  Apple Inc. | One Apple Park Way | Cupertino | CA | 95014

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of tthe message and any attachment(s) from your systems. The use of the sender's name in this message is not intended as an electronic signature under and applicable law. Thank you.