# EXHIBIT C
# COVER PAGE

# EXHIBIT C
## PLAINTIFF'S PRESERVATION LETTER TO TEA DATING ADVICE, INC.

### (Sent August 26, 2025)



**Tuesday August 26, 2025**

**LEGAL COMMUNICATION—**
**SENT VIA UNITED STATES MAIL CERTIFIED RETURN RECEIPT & ELECTRONIC DELIVERY**

Tea Dating Advice, Inc. ("Tea")
**Principal & Mailing Address (Headquarters):** 201 Spear St, Ste 1100, San Francisco, CA 94105

Registered Agent for Service of Process:
**Legalinc Registered Agents, Inc.**
500 N. Brand Blvd, Suite 890, Glendale, CA 91203

Via Email: **accounthelp@teaforwomen.com** | **support@teatheapp.com** | **press@teatheapp.com** | **contact@teaforwomen.com**

| | |
|---|---|
| **Subject:** | **Preservation of Evidence – Pending Litigation** |
| | **Manning v TEA DATING ADVICE, INC. d/b/a TEA, et al** |
| | **Case Number: 25-013290-CZ** |
| | **3rd Judicial Circuit Court of Wayne County** |

Legal Department / To Whom It May Concern:

Please be advised that I am the Plaintiff in an action pending in the 3rd Judicial Circuit Court for the County of Wayne, State of Michigan, against **Tea Dating Advice, Inc. d/b/a Tea** and **John/Jane Does 1–20**. The case number is captioned above for your convenience.

This letter serves as a formal **demand for preservation of evidence** relevant to that litigation, including but not limited to:

1. All posts, comments, photos, and materials published concerning Plaintiff Antonio L Manning.

2. All account registration data, IP addresses, login records, and device identifiers associated with those posts.

3. All internal moderation notes, reports, or actions related to those posts.

4. All communications between Tea and any third parties regarding those posts.

Antonio Lavon Manning, MPA, BA, RP, GMP
Managing Partner / Principal
Strategic Precision Consulting Services, LLC
Mailing: 26200 Ford Road, # 753
Dearborn Heights, Michigan 48127
consultingsmarter@gmail.com | (517)-512-1624



**Your Obligations**

You are under a legal duty to **_preserve all documents, data, and electronic information_** relevant to the subject matter of the pending litigation. This includes preventing destruction through routine deletion, overwriting, or alteration. Failure to preserve evidence after receipt of this letter may constitute **spoliation of evidence**, subjecting Tea to sanctions, adverse inference instructions, and other remedies.

**Scope of Preservation**

This preservation demand includes all relevant electronically stored information (ESI), whether located on servers, cloud storage, employee devices, or backup systems. The duty to preserve extends to all formats, including native files, metadata, and logs.

**Duration**

This preservation obligation continues until final resolution of the litigation, including appeals.

Please confirm in writing within **10 calendar days** of receipt of this letter that you have implemented a litigation hold and are preserving the materials identified above.

Thank you for your prompt cooperation and professionalism in this matter. It is my sincere hope that this matter can be amicably resolved.

Sincerely,


Antonio L. Manning, MPA, BA, RP, GMP
Plaintiff

Antonio Lavon Manning, MPA, BA, RP, GMP
Managing Partner / Principal
Strategic Precision Consulting Services, LLC
Mailing: 26200 Ford Road, # 753
Dearborn Heights, Michigan 48127
consultingsmarter@gmail.com | (517)-512-1624