UNITED STATES DISTRCIT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING, | Case No. 25-cv-13037 |
| Plaintiff, | Hon. Brandy R. McMillen<br>Mag. Judge Anthony P. Patti |
| v. | |
| TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | Removed from Wayne County Circuit Court<br>Case No. 25-013290-CZ |
| Defendants. | Hon. Edward J. Joseph |

**DEFENDANT TEA DATING ADVICE, INC.'S RESPONSE TO EX PARTE MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO REMAND OR HOLD REMOVAL IN ABEYANCE**

## **ISSUES PRESENTED**

1. Is Plaintiff's Ex Parte Motion For Expedited Consideration of Motion to Remand or Hold Removal in Abeyance moot?

Tea Dating Advice, Inc. respectfully answers "Yes" to this question.

Defendant Tea Dating Advice, Inc. ("Tea" or "Defendant") respectfully submits that Plaintiff Antonio Lavon Manning ("Plaintiff")'s Ex Parte Motion for Expedited Consideration of Motion to Remand or Hold Removal in Abeyance ("Motion for Expedited Consideration") should be denied as moot.

The Motion for Expedited Consideration seeks an order (1) expediting consideration of Plaintiff's Motion for Expedited Consideration; (2) ordering Defendant to respond within seven days of this Court's order; (3) permit Plaintiff to reply within three days of Defendant's response; and (4) grant such further relief as justice requires.  (ECF No. 4, Mot. Expedited Consideration, PageID83).  Since Tea has already filed its opposition to Plaintiff's Motion to Remand or Hold Removal in Abeyance, Plaintiff's Motion for Expedited Consideration is moot.

          Respectfully submitted,

Dated: October 10, 2025

*/s/ Katherine L. Pullen*
Katherine L. Pullen (P74511)
Amber J. Krupp (P88317)
WARNER NORCROSS + JUDD LLP
2715 Woodward Avenue, Suite 300
Detroit, Michigan 48201
(313) 546-6000
kpullen@wnj.com
akrupp@wnj.com

*/s/ Admission to be sought for:*
Bethany G. Lukitsch
Baker & Hostetler LLP
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA  90067-4301
310.442.8856
blukitsch@bakerlaw.com

Cameron S Friedman
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
212.589.4667
cfriedman@bakerlaw.com

## **CERTIFICATE OF SERVICE**

Katherine L. Pullen states that on October 10, 2025, she caused to be filed the foregoing document and this Certificate of Service via the court's electronic filing system, which will send notification of such filing to all parties on record.

I declare that the above statement is true to the best of my knowledge, information and belief.

_/s/ Katherine L. Pullen_
Katherine L. Pullen
