UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING,<br>　　　　Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | Case Number: **25-cv-13037**<br>Honorable Brandy R. McMillion<br>Magistrate Judge Anthony P. Patti<br><br><br>**PLAINTIFF MOTION TO STRIKE ECF NO. 14 AND FOR LEAVE TO FILE CORRECTED BRIEF IN COMPLIANCE WITH LR 7.1(d)(3)** |

**PLAINTIFF'S MOTION TO STRIKE ECF NO. 14 AND FOR LEAVE TO FILE CORRECTED REPLY BRIEF IN COMPLIANCE WITH LOCAL <u>RULE 7.1(d)(3)</u>**

**NOW COMES Plaintiff,** *Antonio L. Manning*, appearing **pro se**, and respectfully moves this Honorable Court to strike Plaintiff's previously filed *Reply in Support of Motion to Remand and Motion for Limited Jurisdictional Discovery* (ECF No. 14) and for leave to file a corrected version that complies with **E.D. Mich. L.R. 7.1(d)(3)** regarding page-length requirements. In support, Plaintiff states as follows:

**1. Statement of Facts**

This matter arises from Defendant Tea Dating Advice, Inc.'s removal of this action from state court, which Plaintiff contends was procedurally and jurisdictionally improper. Plaintiff's underlying *Motion to Remand and for Limited Jurisdictional Discovery* seeks a return of the case to the state forum and narrowly tailored

discovery to determine the factual basis of Defendant's asserted jurisdictional claims.

Defendant filed an opposition brief, and Plaintiff timely filed a Reply (ECF No. 14) to address misstatements of law and clarify the jurisdictional record. Plaintiff's Reply was proper under **E.D. Mich. L.R. 7.1(e)(1)(C)** but inadvertently exceeded the page limit established by **Local Rule 7.1(d)(3)**.

## 2. Background

1. On or about October 12, 2025, Plaintiff filed *Plaintiff's Reply in Support of Motion to Remand and Motion for Limited Jurisdictional Discovery* (ECF No. 14).

2. Upon review, Plaintiff discovered that the filing slightly exceeded the page limitation set forth in **Local Rule 7.1(d)(3)**, which restricts reply briefs to seven (7) pages.

3. The overlength filing was inadvertent and made in good faith, without intent to burden the Court or prejudice the Defendant.

4. Plaintiff promptly prepared a corrected brief to ensure full compliance and judicial efficiency.

## 3. Communication with Defendant's Counsel

5. On or about October 17, 2025, Defendant's counsel contacted Plaintiff and indicated an intent to file a **Motion to Strike** Plaintiff's Reply (ECF No. 14).

6. Defendant's counsel requested Plaintiff's concurrence pursuant to **E.D. Mich. L.R. 7.1(a)**.

7. Plaintiff initially was willing to concur with the motion but then notified counsel by email he **declined to concur**, as the Defendant's proposed motion would unnecessarily multiply proceedings and potentially allow Defendant an improper "second bite at the apple" by rearguing issues already addressed in the Reply.

8. Instead, Plaintiff has acted in good faith by filing this Motion proactively, seeking to correct any technical noncompliance without prejudice to any party.

9. Plaintiff believes this voluntary corrective action renders any future motion by Defendant **moot**, promotes judicial economy, and preserves the integrity of the briefing schedule.

## 4. Good Cause for Relief

10. Allowing Plaintiff to withdraw and refile a compliant brief is consistent with the interests of justice and the principle that cases should be resolved on their merits rather than through procedural technicalities.

11. No prejudice will result to Defendant, as this Motion simply requests substitution of the existing brief with an identical version trimmed for compliance with page and formatting requirements.

12. Plaintiff respectfully submits that the relief sought is modest, fair, and consistent with this Court's discretion under **Fed. R. Civ. P. 1** and **L.R. 7.1(d)(3)**.

## 5. Relief Requested

**WHEREFORE, Plaintiff respectfully requests that this Honorable Court:**

    a. **Strike** Plaintiff's previously filed *Reply in Support of Motion to Remand and Motion for Limited Jurisdictional Discovery* (ECF No. 14);

    b. **Grant leave** to file the attached corrected Reply Brief, which conforms to **E.D. Mich. L.R. 7.1(d)(3)**; and

    c. **Grant such other and further relief** as this Court deems just and proper.

Respectfully submitted,

_/s/ Antonio L. Manning_

Antonio L. Manning
Plaintiff, *in Propria Persona*
26200 Ford Road, # 753
Dearborn Heights, Michigan 48127
consultingsmarter@gmail.com

Dated:   **October 22, 2025**