UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING,<br><br>    Plaintiff,<br><br>v.<br><br>TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals,<br><br>    Defendants. | Case No. 25-cv-13037<br><br>Hon. Brandy R. McMillion<br>Magistrate Judge Anthony P. Patti<br><br>Removed from Wayne County Circuit Court<br>Case No. 25-013290-CZ<br>Hon. Edward J. Joseph |

### DEFENDANT'S MOTION TO STRIKE IN PART PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS (ECF NO. 11)

Defendant Tea Dating Advice, Inc. ("Defendant" or "Tea"), by and through its undersigned counsel, hereby moves the Court to strike the last five pages of, Plaintiff Antonio Lavon Manning's ("Plaintiff") 32-page Opposition to Defendant's Motion to Dismiss ("Opposition") (ECF No. 11).

As required by Local Rule 7.1(a), Defendant sought concurrence during a telephone call with Plaintiff on October 20, 2025 at approximately 12:00 p.m., during which Defendant's counsel explained to Plaintiff the nature of the motion and its legal basis, but Plaintiff did not concur in the relief sought. Thus, Defendant files the current Motion and Brief in Support.

1

WHEREFORE, in view of the foregoing, and for the reasons set forth in the incorporated Brief in Support of the Motion, Defendant respectfully asks the Court to strike the last five pages of Plaintiff's Opposition to Defendant's Motion to Dismiss.

| | |
|---|---|
| Dated: October 24, 2025 | /s/ Katherine L. Pullen |
| | Katherine L. Pullen (P74511) |
| | Amber J. Krupp (P88317) |
| | WARNER NORCROSS + JUDD LLP |
| | 2715 Woodward Avenue, Suite 300 |
| | Detroit, Michigan 48201 |
| | (313) 546-6000 |
| | kpullen@wnj.com |
| | akrupp@wnj.com |
| | |
| | /s/ Admission to be sought for: |
| | Bethany G. Lukitsch |
| | Baker & Hostetler LLP |
| | 1900 Avenue of the Stars |
| | Suite 2700 |
| | Los Angeles, CA  90067-4301 |
| | 310.442.8856 |
| | blukitsch@bakerlaw.com |
| | |
| | Cameron S Friedman |
| | Baker & Hostetler LLP |
| | 45 Rockefeller Plaza |
| | New York, NY  10111 |
| | 212.589.4667 |
| | cfriedman@bakerlaw.com |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING, | Case No. 25-cv-13037 |
| Plaintiff, | Hon. Brandy R. McMillion |
| | Magistrate Judge Anthony P. Patti |
| v. | |
| TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | Removed from Wayne County Circuit Court |
| | Case No. 25-013290-CZ |
| Defendants. | Hon. Edward J. Joseph |

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE IN PART PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS (ECF NO. 11)**

## **ISSUES PRESENTED**

I.      Should the Court strike in part Plaintiff's Opposition to Defendant's Motion to Dismiss, which violates the Court's October 14, 2025 Order granting Plaintiff leave to file a response brief of "approximately 27 pages" (ECF No. 15)?

        Tea Dating Advice, Inc.'s Answer:      Yes.

## MOST CONTROLLING AUTHORITY

E.D. Mich. Local Rule 5.1

E.D. Mich. Local Rule 7.1

## ARGUMENT

This Court should strike in whole or in part, Plaintiff's 32-page Opposition because it violates this Court's October 14, 2025 Order (the "Order"). Local Rule 7.1(d)(3)(A) limits opposition briefs to 25 pages. Although Plaintiff sought leave to file a 37-page opposition (ECF No. 10 at ¶ 5), the Court only granted Plaintiff leave to file a response of "approximately 27 pages" (ECF No. 15). Plaintiff's Opposition violates the Order because, not including the Table of Contents and Controlling Authority, Plaintiff's Opposition is 32 pages.[1] The extra pages prejudice Defendant because they permit Plaintiff to make lengthier and inapposite arguments while Defendant's reply is still limited to seven pages under Local Rule 5.1(d)(3)(B). Therefore, the Court should strike the five excess pages of Plaintiff's Opposition.

## CONCLUSION

For the reasons stated above, the Court should grant Defendant's motion to strike the last five pages of Plaintiff's Opposition.

---

[1] Plaintiff also violates Local Rule 5.1(a)(3) by using a type size less than 14-pt.

Dated: October 24, 2025

*/s/Katherine L. Pullen*
Katherine L. Pullen (P74511)
Amber J. Krupp (P88317)
WARNER NORCROSS + JUDD LLP
2715 Woodward Avenue, Suite 300
Detroit, Michigan 48201
(313) 546-6000
kpullen@wnj.com
akrupp@wnj.com

*/s/ Admission to be sought for:*
Bethany G. Lukitsch
Baker & Hostetler LLP
1900 Avenue of the Stars
Suite 2700
Los Angeles, CA  90067-4301
310.442.8856
blukitsch@bakerlaw.com

Cameron S Friedman
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
212.589.4667
cfriedman@bakerlaw.com

5

## **CERTIFICATE OF SERVICE**

Katherine L. Pullen states that on October 24, 2025, she caused to be filed the foregoing document and this Certificate of Service via the court's electronic filing system, which will send notification of such filing to all parties on record.

I declare that the above statement is true to the best of my knowledge, information and belief.

/s/ Katherine L. Pullen
Katherine L. Pullen