# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LAVON MANNING, | Case Number: **25-cv-13037** |
| Plaintiff, | Honorable Brandy R. McMillion |
| | Magistrate Judge Anthony P. Patti |
| v. | |
| TEA DATING ADVICE, INC. d/b/a TEA, JOHN/JANE DOES 1-20, individuals, | **PLAINTIFF'S SWORN DECLARATION REGARDING AMOUNT IN CONTROVERSY** |

## PLAINTIFF'S SWORN DECLARATION REGARDING AMOUNT IN CONTROVERSY

I, **Antonio L. Manning**, the Plaintiff in the above-captioned matter, hereby submit this sworn declaration following the **telephone status conference held before the Honorable Brandy R. McMillion on October 29, 2025**, during which the Court addressed the issue of **diversity jurisdiction and the amount in controversy** pursuant to 28 U.S.C. § 1332.

In an effort to fully comply with the Court's direction and to provide assurance as to the jurisdictional amount, **the Plaintiff respectfully submits this Declaration with the request that it be placed <u>under seal</u>**, as it contains

Antonio Lavon Manning v Tea Dating Advice, Et. Al.
United States District Court for the Eastern District of Michigan
Honorable Honorable Brandy R. McMillion | Magistrate Judge Anthony P. Patti
Case Number: **25-cv-13037** | *Plaintiff's Sworn Declaration Regarding Amount in Controversy*
Page **1** of **3**

information related to private financial and valuation matters not relevant to the public record.

## DECLARATION

1. I make this declaration voluntarily and under penalty of perjury pursuant to 28 U.S.C. § 1746.

2. **For purposes of determining federal diversity jurisdiction only**, I affirm that the total amount in controversy in this matter **does not exceed seventy-five thousand dollars ($75,000.00)** as defined by 28 U.S.C. § 1332(a).

3. This representation is made solely to clarify jurisdictional boundaries and to comply with the Court's directive. It **shall not operate as a waiver, limitation, or restriction** on any damages ultimately determined by a trier of fact in state court proceedings.

4. I respectfully request that this Declaration be accepted by the Court and entered under seal for limited use in connection with the Court's jurisdictional review.

Executed on this **29th** day of **October**, **2025**, in **WAYNE** County, Michigan.

_/s/ Antonio L. Manning_

**Antonio L. Manning**
**Plaintiff**, in *Propria Persona*

Antonio Lavon Manning v Tea Dating Advice, Et. Al.
United States District Court for the Eastern District of Michigan
Honorable Honorable Brandy R. McMillion | Magistrate Judge Anthony P. Patti
Case Number: **25-cv-13037** | *Plaintiff's Sworn Declaration Regarding Amount in Controversy*
Page **2** of **3**

## NOTARY PUBLIC ACKNOWLEDGMENT

State of Michigan  )

) ss.

County of WAYNE )

Subscribed and sworn to before me on this 25th 29 day of October, 2025, by Antonio L. Manning, who is personally known to me or has produced satisfactory identification.

*Michelle L. Pryor*
Notary Public, State of Michigan  Michelle L. Pryor

County of ___Wayne___

My Commission Expires: __October 29, 2026__

Acting in the County of __Wayne__

(Seal)

> MICHELLE L PRYOR
> Notary Public - Michigan
> Wayne County
> My Commission Expires Oct 15, 2026
> Acting in the County of Wayne

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**Antonio L. Manning**
**Plaintiff,** *in Propria Persona*

Antonio Lavon Manning v Tea Dating Advice, Et. Al.
United States District Court for the Eastern District of Michigan
Honorable Honorable Brandy R. McMillion | Magistrate Judge Anthony P. Patti
Case Number: **25-cv-13037** | *Plaintiff's Sworn Declaration Regarding Amount in Controversy*
Page 3 of 3