UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Antonio Lavon Manning
[E−filer],

                        Plaintiff(s),

v.                                               Case No. 2:25−cv−13037−BRM−APP
                                                Hon. Brandy R. McMillion

Tea Dating Advice, Inc., et al.,

                        Defendant(s),

## NOTICE OF REMAND

TO:  WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234−5005

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                KINIKIA D. ESSIX, CLERK OF COURT

                                                By: s/Nahin Ahmed
                                                     Deputy Clerk

Dated:   October 30, 2025