Case 2:25-cv-13073-BRM-APP ECF No. 2-5, PageID.490 Filed 10/30/25 Page 1 of 1
Case 2:25-cv-13073-BRM-APP ECF No. 2-5, PageID.491 Filed 10/30/25 Page 1 of 2

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Antonio Lavon Manning
[E-filer],

                      Plaintiff(s),

v.

Tea Dating Advice, Inc., et al.,

                      Defendant(s),

Manning, Antonio Lavon v Tea Dating Adv
Hon. Edward J. Joseph     08/26/2025

25-013290-CZ

F I L E D
NOV 12 2025
CLERK'S OFFICE
DETROIT

### NOTICE OF REMAND

TO: WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

> Clerk's Office
> U.S. District Court for the Eastern District of Michigan
> 231 W. Lafayette Boulevard, 5th Floor
> Detroit, Michigan 48226
> (313) 234-5005

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                      KINIKIA D. ESSIX, CLERK OF COURT

                      By: s/Nahin Ahmed
                          Deputy Clerk

Dated: October 30, 2025



FILED
CATHY M. GARRETT
WAYNE COUNTY CLERK
NOV 03 2025

RETURN COPY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

RECEIVED
NOV 12 2025
CLERK'S OFFICE
DETROIT

US POSTAGE
$ 000.74
METROPLEX MI 480
7 NOV 2025 PM 7
FIRST-CLASS

US District Court
Clerk's Office
231 West Lafayette Blvd
Detroit, MI 48226

48226-279426